THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIS EDWIN SMITH, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.